UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROD TELFOR, et al.,

        Plaintiff,

v.

DON WITTKOPP, et al.

        Defendants.
_____/

Case No. 1:04-cv-711

Hon. Richard Alan Enslen

**ORDER**

Judge Enslen is unavailable to conduct the final pretrial and trial in this matter as currently scheduled. Therefore;

**IT IS HEREBY ORDERED** that the March 21, 2006 final pretrial conference and April trial are **ADJOURNED** and will be rescheduled in a forthcoming order.

Dated in Kalamazoo, MI:          /s/Richard Alan Enslen
March 13, 2006          Richard Alan Enslen
        Senior United States District Judge